UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.: |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 641 (Theft of |
| | : | Government Property |
| AVA JONES, | : | |
| Defendant. | : | |

INFORMATION

The United States Attorney informs the Court that:

On or about June 1995 through July 2007, in the District of Columbia and elsewhere, the defendant, AVA JONES, a Representative Payee on behalf of her father, Roderick Wilson, who was receiving Social Security Administration ("SSA") disability benefits, did devise and intend to devise a scheme and artifice to defraud and to knowingly steal approximately $94,503.70 in disability benefits from the SSA by means of false and fraudulent pretenses, representations and promises by among other acts, directing the SSA to transmit Roderick Wilson's disability benefits to bank accounts she controlled and would convert the money to her own use.

**(Theft of Government Property, in violation of 18 United States Code § 641)**

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar # 498610

_____/s/_____
RHONDA L. CAMPBELL
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar # 462402
555 4th Street, N.W., Room 4239
Washington, DC 20530
(202) 514-9519
rhonda.campbell@usdoj.gov