AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

V.

_Ava Jones_

WAIVER OF INDICTMENT

CASE NUMBER: _CR-08-200_

I, _Ava Jones_, the above named defendant, who is accused of

**FILED**

JUL 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _July 14, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer