# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No.  *08-200* |
| | : | |
| AVA JONES, | : | |
| | : | **FILED** |
| Defendant. | : | |
| | : | JUL 1 4 2008 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Ava Jones, stipulate and agree that the following facts are true.  These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that the defendant committed the offenses to which she is pleading guilty.

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt:

In May 1995, Ava Jones made application with the Social Security Administration (SSA), to be a payee of social security benefits on behalf of her father, Roderick Elwood Wilson (Wilson or Roderick Wilson), who was, at the time, mentally incapable of managing his benefit payments. On May 1, 1995, Ms. Jones signed a contract between the SSA and Ms. Jones, making Ms. Jones the representative payee for Wilson, and obligating Ms. Jones to notify the SSA when Wilson died, or left her custody, or when she no longer had responsibility for his care and/or welfare.  In addition, the contract also obligated Ms. Jones to use all SSA payments solely for the needs of Wilson. Moreover, the contract also informed Ms. Jones that she could be held personally liable for any

1

misuse of the SSA payments that she received on Wilson's behalf.

In May 1995, with Ms. Jones consent, the SSA set up a bank account, and began depositing Wilson's benefits into a Bank of America Senior Economy Checking Account in the name of Ava L. Jones and Roderick Wilson, account no. 0000-8189-3883 (Acct. No. 3883). Wilson's SSA benefits in the amount that ranged between $707 to $779, were deposited into Acct. No. 3883 on a monthly basis from June 1995 through July 2007.

On June 5, 1997, the Department of Health for the Commonwealth of Virginia issued a Certificate of Death for Roderick Wilson, who passed away on May 30 1997.

On May 1, 2000, after Wilson's death, Ms. Jones signed, dated, and mailed, a SSA Disability Update Report to the SSA. In paragraph no. four of the Disability Update Report , the SSA requested that Ms. Jones best describe the current health of Wilson as compared to June 1997, and Ms. Jones indicated that Wilson's condition was the same.

Between May 30, 1997 and June 2007, after Wilson died, Ava Jones knowingly and improperly received, and used SSA benefits, which contractually had agreed to use solely for the care and welfare of Roderick Wilson. The total loss suffered by the SSA as a result of Ava Jones' theft of government disability benefits was $94,503.70.

In April 2007, the SSA's Regional Office of Quality Assessment (ROQA) began a quality assurance review of Wilson's SSA record, and from April 2007 through July 2007, ROQA made several attempts by telephone and by U.S. Mail notices, without success, to contact Ms. Jones. On or about June or July, 2007, when the theft was discovered by the SSA ROQA, the Acct. No. 3883 contained only $10. At that time, the SSA ROQA terminated Wilson's disability benefits.

When Ava Jones received and used Wilson's benefits, she did so knowing that the benefits

belonged to the United States, and with the intent to deprive the SSA of the use or benefit of the money.

DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the Statement of Offense with my attorney, Robert Mance, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: *July 14, 2008*          _____
                              **Ava Jones**


Date: *July 14, 2008*          _____
                              **Robert W. Mance**, Esquire
                              Attorney for Ava Jones