UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Cr. No. 08-200 |
| AVA JONES, | : | |
| Defendant. | : | |

**FILED**
JUL 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon written motion of the Government, and for good cause shown, it is this 14th day of July, 2008, hereby ORDERED that the United States Marshals Service or other appropriate federal agency shall admit the defendant, Ava Jones, to any federal processing facility, for the purpose of booking, fingerprinting (including major case prints), photographing and processing on the charge in this case. Upon the completion of the booking process, the defendant shall be released back to her personal recognizance status.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc:  Rhonda L. Campbell, Esq.
     Assistant United States Attorney
     555 4th Street, N.W.
     Washington, D.C. 20530

     Robert Mance
     1050 17th Street NW, Suite 1000,
     Washington, D.C. 20036