# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff | : | CRIMINAL NO. 08-200 |
| | : | Judge Colleen Kollar-Kotelly |
| vs. | : | |
| | : | |
| AVA JONES | : | **FILED** |
| | : | |
| Defendant | : | AUG 2 5 2008 |

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

### ORDER

That the United States Probation Department shall prepare and file a pre sentence report for **AVA JONES**, by no later than **SEPTEMBER 22, 2008** ; and it is

**FURTHER ORDERED** that the parties  shall file Memorandum in Aid of Sentencing, by no later than **OCTOBER 3, 2008** ; and it is

**FURTHER ORDERED** that the defendant shall be sentenced in Courtroom #28A on **OCTOBER 17, 2008 AT 9:30 A.M.**

**IT IS SO ORDERED,**

Date:_Aug. 23, 2008_          _____
                              Colleen Kollar-Kotelly
                              United States District Judge

cc:    Chambers        Rhonda Campbell, AUSA
       File            Robert Mance, III, Esquire
       Pretrial        Probation